# MOTION DOCKET

**95–1545. State ex rel. Scott Fetzer Co. v. Indus. Comm.**
Franklin App. No. 94APD04–513. On request for oral argument. Request denied.

**97–1089. In re Trust of Brooke.**
Preble App. No. CA96–10–017. On motion to supplement record. Motion denied.
RESNICK, PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**97–1117. Simmons–Harris v. Goff.**
Franklin App. Nos. 96APE08–982 and 96APE08–991. On motion for admission *pro hac vice* of Thomas G. Hungar and Eugene Scalia, and on motion for admission *pro hac vice* of Nathan J. Diament. Motions granted.
LUNDBERG STRATTON, J., not participating.

**97–1130. State v. Goff.**
Clinton App. No. CA95–09–026. On motion to participate in oral argument. Presence at oral argument is granted, but participation in oral argument is denied.
MOYER, C.J., would deny the motion to participate.
DOUGLAS, J., would grant the motion to participate.

**97–1142. Sutowski v. Eli Lilly & Co.**
Certified State Law Question, No. 1:97–CV1283. On motion for admission *pro hac vice* of Marc S. Klein. Motion granted.

**97–1283. MIB, Inc. v. Tracy.**
Board of Tax Appeals, No. 95–B–109. On request for oral argument before full court. Request denied.
MOYER, C.J., and DOUGLAS, J., dissent.

**97–1890. ALLTEL Ohio, Inc. v. Pub. Util. Comm.**
Public Utilities Commission, No. 95–819–TP–CSS. On motion for leave to intervene of Ameritech Ohio. Ameritech Ohio is granted leave to intervene as an appellant; its intervention is limited and confined to raising and addressing only those issues and matters that it identified as constituting error in its application for rehearing filed in the case below.
RESNICK, J., not participating.
On motion for leave to intervene of Ohio Direct Communications. Ohio Direct Communications is granted leave to intervene as an appellee.
RESNICK, J., not participating.

**97–2056. Davis v. Farmers Ins. Group of Cos.**
Montgomery App. No. 16378. This cause is pending before the court as an appeal from the Court of Appeals for Montgomery County. Upon consideration of appellant's motion to strike brief of appellee,
IT IS ORDERED by the court, *sua sponte*, that appellant may file a reply brief within five days from the date of this entry.

**97–2222. Parma v. Pub. Util. Comm.**
Public Utilities Commission, No. 97–650–TP–CSS. On motion for leave to intervene of Ameritech Ohio. Motion granted.
RESNICK, J., not participating.

**97–2294. RMI Titanium Co. v. Occidental Chem. Corp.**
Cuyahoga App. Nos. 71471, 71486 and 71487. On motion to seal memorandum in response. Motion granted.
PFEIFER, J., dissents.